ORDERED.

Dated:  May 06, 2019

*Caryl E. Delano*
Caryl E. Delano
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**
www.flmb.uscourts.gov

In re:

PATRICK A. DEROSA,                                     Chapter 13
                                                                         Case No.: 9:19-bk-01977-FMD
            Debtor.
_____/

**ORDER GRANTING DEBTOR'S MOTION TO SELL**

**THIS MATTER** came on for consideration on the Debtor's Motion to Sell (the "Motion") *[Doc. No. 18]* after notice and hearing held on May 2, 2019.  Having considered the Motion and arguments of the parties who appeared, the Court makes this ruling for the reasons stated orally in open court.

Accordingly, it is hereby **ORDERED:**

1. The Motion is GRANTED.

2. The Debtor may sell 2317 South Street, Fort Myers, FL 33901 with a legal description of:

    JEFFCOTTS S/D BL H PB1 P40 LT 18 W 3FT LT 16 E 22FT LT 20
    DESC OR177, P 140.

3. Debtor shall provide the chapter 13 trustee with a copy of the closing settlement statement within 14 days following closing on the sale.

1

Attorney David W. Fineman is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within three days of entry of the order.